IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT VAN LANINGHAM, on Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-00055 |
| NEXIUS SOLUTIONS, INC. d/b/a NEXIUS, INC. and MARK BAYSINGER, | § § § § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL

Having considered the Parties' Joint Motion to Dismiss with Prejudice, the Court finds it should be in all respects granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that this lawsuit, including all causes of action asserted by Plaintiff against Defendants in the above-entitled and numbered cause, be, and the same hereby is, DISMISSED WITH PREJUDICE to the right of Plaintiff to refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 27th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE